## COUNT XXIX.
## FLORIDA DECEPTIVE AND UNFAIR TRADE PRACTICES ACT (FDUTPA).

**1016.**     Petitioner re-alleges and affirms each and every preceding paragraph of this Complaint and incorporate same here as if alleged anew.

**1017.**     Defendants AURORA, and the occupant of the Office of CEO and PRESIDENT of AURORA knew or should have known, AURORA lacked Standing to foreclose on Petitioner's Mortgage NOTE; *ergo,*

**1018.**     Defendants AURORA, and the occupant of the Office of CEO and PRESIDENT of AURORA *et al.*, filed, thereafter prosecuted a frivolous Action, knowingly, or should have known, *ab initio*, see 57.105 Fla. Stat;

**1019.**     AURORA, and the occupant of the Office of CEO and PRESIDENT of AURORA *et al.,* know, or should have known, the moment Original Lender negotiated the debt with a third party, a stranger to the Original Transaction, AURORA took on the cloak of a Third-Party-Debt-Collector, thereafter,

**1020.**     However, AURORA is pretending to be the Creditor; then,

**1021.**     AURORA discloses who the alleged real Creditor really is.

**1022.**     AURORA offering Mortgage-Loan Modification, without actual capacity to perform.

**1023.**     AURORA committing perjury;

**1024.**     AURORA fabricating verified Assignments exclusively for litigation.

**WHEREFORE, PREMISES CONSIDERED**, Petitioner directs this Court for entry of

judgment against AURORA, and the occupant of the Office of CEO and PRESIDENT

of AURORA, for violation of the DECEPTIVE AND UNFAIR TRADE PRACTICES

ACT.

## COUNT XXX.
## <u>MORTGAGE FRAUD</u>

**1025.**     Petitioner re-alleges and affirms each and every preceding paragraph of

this Complaint and incorporate same here as if alleged anew.

**1026.**     AURORA, and the occupant of the Office of CEO and PRESIDENT of

AURORA joined with AURORA's employee THEODORE SCHULTZ or JOANN

REIN violated § 817.545 Fla. Stat., Mortgage Fraud by executing, thereafter caused to

be recorded a knowingly fraudulent Assignment of real-estate in Palm Beach County,

while involved in the mortgage lending business, is a felony of the third degree;

**1027.**     when the lending proceeds exceed One-Hundred-Thousand ($100,000.00),

as in the case herein, AURORA, and the occupant of the Office of CEO and

PRESIDENT of AURORA and its aforementioned named employees have committed a

felony of the second degree.

1028.     AURORA, and the occupant of the Office of CEO and PRESIDENT of

AURORA joined with its named employees have committed Forgery and

Counterfeiting as per § 831.01 Fla. Stat.; punishable as provided in s. 775.082, s.

775.083, or s. 775.084.

1029.     AURORA and the occupant of the Office of CEO and PRESIDENT of

AURORA Uttered a forged instrument in violation of § 831.02 Fla. Stat.

1030.     AURORA and the occupant of the Office of CEO and PRESIDENT of

AURORA intend to pass as true the signature of an AURORA Officer as that of a

MERS® officer, in violation of § 831.06 Fla. Stat.

1031.     LAURA MCCANN, joined with AURORA co-worker CYNTHIA

WALLACE, a/k/a CINDY WALLACE who occupies an Office in the Default

Resolution Department, jointly, or severally made knowingly fraudulent statements in

court in violation of § 817.155 Fla. Stat., in Case NO. 07-80998-CIV-RYSKAMP /

VITUNAC.

1032.     *"The abuses of the mortgage servicers have been described by
many knowledgeable commentators as "predatory mortgage
servicing." This term does not do justice to the current
practices of these parties. These practices are beyond
predatory in that they constitute more of a premeditated plan
to ignore the entire bankruptcy process. ... It is also part of a
pervasive pattern of chicanery, fraud, trickery, deceit, double-
dealing and just plain old-fashioned illegal conduct."*
        -   Max Gardner III, named the Outstanding Consumer Lawyer of 2004.

**WHEREFORE, PREMISES CONSIDERED**, Petitioner directs this Court for entry of judgment against AURORA, and the occupant of the Office of CEO and PRESIDENT of AURORA with imputed knowledge, THEODORE SCHULTZ, JOANN REIN, LAURA MCCANN and CYNTHIA WALLACE, a/k/a CINDY WALLACE for Mortgage Fraud.

## COUNT XXXI.
## <u>SLANDER OF TITLE</u>

**1033.**      Petitioner re-alleges and affirms each and every preceding paragraph of this Complaint and incorporate same here as if alleged anew.

**1034.**      Premises considered Assignment of Petitioner's Deed to AURORA by MERS® recorded June 11th 2009, naming AURORA as Assignee, is Slander of Title; because,

**1035.**      MERS® lacked Power-of-Attorney or similar authorization from its principal prior to said Assignment; and,

**1036.**      MERS® is not a party to the Note and the record is barren of any representation that MERS® had any authority to take any action with respect to the Note;

**1037.**      AURORA recording a second bogus Assignment September 24th 2009 is a subsequent act of Slander of Title.

**1038.**     Premises considered, MERS® Assignment, whereby MERS® lacks Power-of-Attorney, or similar authorization from its principal prior to Assignment, is a void act *ab initio*, resulting in Slander of Title, found in a judicial venue like Florida.

**WHEREFORE, PREMISES CONSIDERED**; Petitioner directs this Court for entry of judgment against AURORA, and the occupant of the Office of CEO and PRESIDENT of AURORA jointly or severally for Slander of Petitioner's Title, and the Slandering of other Americans' property Titles which are similarly situated; Order AURORA to remove all Assignments associated with Petitioner's Mortgage-NOTE, and the Mortgage-NOTE of others similarly situated from the public record in which AURORA caused to be recorded on or after September 15th 2008, with costs and fees, in an amount Trier of fact deems is just and fair, determined at Trial.

[Intentionally left blank]

## COUNT XXXII.
## FALSE CLAIM

**1039.**　　　Petitioner re-alleges and affirms each and every preceding paragraph of this Complaint and incorporate same here as if alleged anew.

**1040.**　　　Defendant LAW OFFICE OF DAVID JAMES STERN P.A., DAVID JAMES STERN Esquire, KAROL S PIERCE Esquire, CASSANDRA RACINE-RIGAUD Esquire, MISTY BARNES Esquire, acted jointly or severally, under direction of AURORA, commenced an Action to foreclose on Petitioner's property as a knowingly false Claim. See, Lawyer responsible for false debt collection claim, Federal Fair Debt Collection Practices Act, 15 U.S.C.S. § 1692 *et seq*, and **Heintz v. Jenkins**, **514 U.S. 291; 115 S. Ct. 1489, 131 L. Ed. 2d 395 (1995);**

**1041.**　　　The LAW OFFICE OF DAVID JAMES STERN P.A. *et al*., not the Client knows when an Action does not fit the cookie cutter pleadings employed by its paralegal;

**1042.**　　　The client must be advised, questioned and consulted;

**1043.**　　　Petitioner, and the other Americans similarly situated do not owe any money to AURORA; furthermore,

**1044.**　　　Petitioner, and the other Americans similarly situated do not owe any money to LEHMAN BROTHERS BANK, FSB, as its debt has been discharged, *supra*, *"without recourse"* setover to LEHMAN BROTHERS HOLDINGS INC, by Special-Indorsement, thereafter LEHMAN BROTHERS HOLDINGS INC indorsed the NOTE.

**WHEREFORE, PREMISES CONSIDERED**, Petitioner directs this Court for entry of

judgment against LAW OFFICE OF DAVID J. STERN P.A., DAVID JAMES STERN

Esquire, KAROL S PIERCE Esquire, CASSANDRA RACINE-RIGAUD Esquire, MISTY

BARNES Esquire, as Sanctions are in Order against aforementioned parties for either

filing, or arguing a frivolous Action, did so without duty of care, *prima fascia*; award costs

and fees, in an amount Trier of fact deems is just and fair, determined at Trial.

### COUNT XXXIII.
### PROFESSIONAL NEGLIGENCE

**1045.**       Petitioner re-alleges and affirms each and every preceding paragraph of

this Complaint and incorporate same here as if alleged anew.

**1046.**       The LAW OFFICE OF DAVID J. STERN P.A., DAVID J. STERN

Esquire, KAROL S PIERCE Esquire, CASSANDRA RACINE-RIGAUD Esquire,

MISTY BARNES Esquire, knew or should have known commencement, thereafter

prosecution of a legal action to foreclose requires a reasonable duty of care; but,

**1047.**       LAW OFFICE OF DAVID J. STERN P.A., *et al.,* served Petitioner with a

knowingly fraudulent process, done by gross negligence; for example,

**1048.**        LAW OFFICE OF DAVID J. STERN P.A., *et al.,* filed an un-Verified

residential foreclosure Complaint after February 11th 2010.

1049.        This reasonable duty of care was not in practice when aforementioned Esquires used their Office with the full force and effect of the law to foreclose, did do so without proper legal justification, Standing, and Professional Negligence, causing Petitioner, or other Americans similarly situated financial injury.

1050.        A reasonable duty of care would include confirming AURORA actually had legal possession of the alleged debt on a day prior to commencement.

1051.        A reasonable duty of care would include confirming MERS® was in possession of the Mortgage-NOTE prior to the Assignment.

1052.        Esquires practicing in the State of Florida know or should know MERS® requires a Power-of-Attorney and actual possession to assign something it does not own.

1053.        A reasonable duty of care would include confirming MERS®, or AURORA was actually in possession of the debt when the loss of the Mortgage-NOTE allegedly occurred, by Affidavit or otherwise.

**WHEREFORE, PREMISES CONSIDERED**, Petitioner directs this Court for entry of judgment against LAW OFFICE OF DAVID J. STERN P.A., DAVID JAMES STERN Esquire, KAROL S PIERCE Esquire, CASSANDRA RACINE-RIGAUD Esquire, MISTY BARNES Esquire for professional negligence, for filing or maintaining a frivolous Action, with costs and fees, see 57.105 Fla. Stat, in an amount Trier of fact deems is just and fair, determined at Trial.

## COUNT XXXIV.
## FALSE CLAIM; MAKER IS NOT IN DEFAULT

**1054.**    Controlling-Documents filed with the Securities and Exchange Commission make provision therein for the Servicer or the Trustee to make each monthly Mortgage payment to each investor whether or not payment is received from the Home-Owner.

**1055.**    Uniform Commercial Code 3-602(a), states, in relevant part;
*(b) … an instrument is paid to the extent payment is made (i) by or on behalf of a party obliged to pay the instrument, and (ii) to a person entitled to enforce the instrument. To the extent of the payment, the obligation of the party obliged to pay the instrument is discharged even though payment is made with knowledge of a claim to the instrument under Section 3-306 by another person.*

**1056.**    The Real-Party-in-Interest, Trust-Certificate-Holder[s] / Investor[s] are receiving payment monthly, and are not an injured party; or,

**1057.**    The Real-Party-in-Interest, Trust-Certificate-Holder[s] / Investor[s] accepted TARP funds and left the arena.

**1058.**    AURORA's claim against Petitioner for Six-Hundred-Forty-Thousand-Two-Hundred-Seventy-Eight 20/100 ($640,278.20) due in principal on the Mortgage NOTE is erroneous, and AURORA has refused, or is unable to validate the alleged debt.

1059.        IF AURORA's behavior hereinabove is seen as conducive or

illustrative of AURORA's business *modus operandi* then AURORA has

commenced presumably thousands of False Claims against Americans who were not

in Default at the time AURORA claimed Default.

**WHEREFORE, PREMISES CONSIDERED**, Petitioner directs this Court for entry of

judgment against AURORA, and the occupant of the Office of CEO and PRESIDENT

of AURORA with imputed knowledge, see 57.105 Fla. Stat, for filing or maintaining a

a false claim, award Maker costs and fees, in an amount Trier of fact deems is just and

fair, determined at Trial.

[Intentionally left blank]

## COUNT XXXV.
## CIVIL RIGHT VIOLATION

**1060.**     Petitioner re-alleges and affirms each and every preceding paragraph of this Complaint and incorporate same here as if alleged anew.

**1061.**     Defendants AURORA, and the occupant of the Office of CEO and PRESIDENT of AURORA, LEHMAN BROTHERS BANK FSB, and LEHMAN BROTHERS HOLDINGS INC, are regulated entities under the corporate governance of the UNITED STATES, under color of law is either attempting to deprive Petitioner, or other Americans similarly situated, or AURORA has deprived other Americans similarly situated of a right guaranteed by the U.S. Constitution's Fifth Amendment *"…**nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.***

**1062.**     Over 90% of Americans lose their property in a foreclosure proceeding by either abandoning their property, or byway of financial-hard-ship or ignorance wave their legal Defenses, AURORA *et al.,* due to Superior-Knowledge and funding is positioned to deprive 90% of Americans of their due process of law, simply by suing them.

**WHEREFORE, PREMISES CONSIDERED**, Petitioner directs this Court for entry of judgment against AURORA, and the occupant of the Office of CEO and PRESIDENT of AURORA with imputed knowledge, LEHMAN BROTHERS BANK FSB, and LEHMAN BROTHERS HOLDINGS INC with a 1983 Violation.

Respectfully submitted;

By: _____

      JOHN KORMAN

      934 SW 21st Way,

      Boca Raton Florida 33486

      (561) 393-0773

      korman2001@comcast.net

State of Florida      }

               } ss

County of Palm Beach  }

**JURAT**

    **All statements made in this document are true, correct and this Complaint is made under the penalty of perjury which includes all Exhibits submitted, as true and correct copies of original documents, or documents filed as a public record, or found in a Court record.**

    Sworn to (or affirmed) and subscribed before me this 30th day of March, 2012; by JOHN KORMAN, who is either personally known, or proved to be the person named in and who executed the foregoing instrument, being first duly sworn, JOHN KORMAN acknowledged that he executed said instrument for the purposes therein contained, of his free and voluntary act and deed.

    WITNESS my hand and official seal.

_____

NOTARY PUBLIC Signature

Claudia J. Brando
Notary Public
State of Florida
My Commission Expires 11/01/2015
Commission No. EE 143039

_Claudia J. Brando_      11/01/2015

NOTARY Printed Name      My commission expires

**Defined Terms**, the following capitalized terms shall have the following meaning;

**Banker's-Acceptance**
banker's acceptance. A bill of exchange drawn on and accepted by a commercial bank. Banker's acceptances are often issued to finance the sale of goods in international trade. — Abbr. BA. — Also termed bank acceptance. [Cases: Banks and Banking 189; Bills and Notes 151. C.J.S. Banks and Banking §§ 452–458; Bills and Notes; Letters of Credit § 131.] Black's Law Dictionary (8th ed. 2004) pg 36.

**Bankruptcy Remote**;
bankruptcy-remote entity. A business entity formed in a manner designed to minimize the risk of becoming a debtor in a bankruptcy case. • The entity's organizational charter usu. requires at least one independent director to be appointed, as well as a unanimous vote by the entity's directors, before a bankruptcy petition may be filed. The business is usu. a special-purpose entity established to perform limited functions, such as to purchase and hold accounts receivable or other financial assets that generate revenue. It also has only one or a few primary creditors, to reduce the likelihood of an involuntary bankruptcy. A bankruptcy-remote entity will sometimes issue securities instead of receiving a loan from a financial institution. See SINGLE-PURPOSE PROJECT; SPECIAL-PURPOSE ENTITY; project financing under FINANCING. Black's Law Dictionary (8th ed. 2004) starting @ pg 444.

**Bankruptcy-Trustee**;
Bankruptcy. A person appointed by the U.S. Trustee or elected by creditors or appointed by a judge to administer the bankruptcy estate during a bankruptcy case.

**Beneficiary**;
beneficiary (ben-<<schwa>>-fish-ee-er-ee or ben-<<schwa>>-fish-<<schwa>>-ree), n.1. A person for whose benefit property is held in trust; esp., one designated to benefit from an appointment, disposition, or assignment (as in a will, insurance policy, etc.), or to receive something as a result of a legal arrangement or instrument. 2. A person to whom another is in a fiduciary relation, whether the relation is one of agency, guardianship, or trust. 3. A person who is initially entitled to enforce a promise, whether that person is the promisee or a third party. — beneficiary, adj. Black's Law Dictionary (8th ed. 2004) pg 468.

**Book-Entry**;
book entry. 1. A notation made in an accounting journal. 2. The method of reflecting ownership of publicly traded securities whereby a customer of a brokerage firm receives confirmations of transactions and monthly statements, but not stock certificates. See CENTRAL CLEARING SYSTEM. [Cases: Brokers 23, 26. C.J.S. Brokers §§ 65, 67–69.]
Black's Law Dictionary (8th ed. 2004) pg 546.

The "book entry" form of ownership allows you to own securities without a certificate. Stock in direct investment plans, Treasury securities purchased directly from the U.S. Department of the Treasury, and recently issued municipal bonds are held in book entry form. source S.E.C.

**Chain-of-Title**;
The ownership history of a piece of land, from its first owner to the present one. — Also termed line of title; string of title. 2. The ownership history of commercial paper, traceable through the indorsements. • For the holder to have good title, every prior negotiation must have been proper. If a necessary indorsement is missing or forged, the chain of title is broken and no later transferee can become a holder.
Black's Law Dictionary (8th ed. 2004) page 690.

**Closing-Date**;
Closing-Date is July 31st 2006.

**Closing Documents**;
The documents which are signed at closing. These include: the Deed of Trust or Mortgage with attachments, Promissory Note, Truth-in-Lending Disclosing, and other documents related to the transaction.

**Closing-Table**;
closing. The final meeting between the parties to a transaction, [the table] at which the transaction is consummated; esp., in real estate, the final transaction between the buyer and seller, whereby the conveyancing documents are concluded and the money and property transferred. — Also termed settlement. [words, "the table," added]
Black's Law Dictionary (8th ed. 2004) pg 769.

**Computer-Book-Entry-System;**
The Computer-Book-Entry-System is a multistoried automated system for purchasing, holding, and transferring marketable securities; exists as a delivery versus payment system that provides for the simultaneous transfer of securities against the settlement of funds.

**Commercial-Draft;**
Demand for payment.
Draft signed by one party that directs a second party to pay a certain amount to a third party.

**Constitutional-common-law-trust;**
"A pure Trust is <u>non-statutory</u>. The Court holds that the Trust is created under the realm of equity under common law and is not…created by legislative authority."
*Croker v. MacCloy, 649 US Supp 39.*

**Contract;**
contract,n.1. An agreement between two or more parties creating obligations that are enforceable or otherwise recognizable at law <a binding contract>. [Cases: Contracts 1. C.J.S. Contracts §§ 2, 9, 12.] 2. The writing that sets forth such an agreement <a contract is valid if valid under the law of the residence of the party wishing to enforce the contract>. Black's Law Dictionary (8th ed. 2004) pg 970.

**A Contractual Organization;** is "created under the ***common law of contracts*** and does not depend upon any statute for its existence.*"*
<u>156 American Law Review 28</u>

*"The fact that a business trust is not regarded as a legal entity distinct from its trustees, if a true trust…may result in this advantage to the trust, which a corporation does not possess:…"*
<u>**Morrissey v. Commissioner of Internal Revenue**</u>**, 296 US 344 (1935).**
See Unincorporated Association.

**Controlling-Documents;**
Includes, but not limited to; Pooling and Servicing Agreement, Trust Agreement, Prospectus, Prospectus Supplement, Custodial Agreement, Deposit Agreement, Master Purchasing Agreement, Issuer Agreement, Commitment to Guarantee Agreement, Release of Document Agreement, Servicing Agreement, Master Agreement for Servicer's Principal and Interest Custodial Account, Servicer's Escrow Custodial Account Agreement, Release of Interest Agreement, Trustee Agreement, 8-K or 10-K.

**Corpus;**
corpus.[Latin "body"] 1. The property for which a trustee is responsible; the trust
principal. — Also termed res; trust estate; trust fund; trust property; trust res;
trust. [Cases: Trusts 1. C.J.S. Trover and Conversion §§ 1–9, 14–18.] 2.PRINCIPAL
Black's Law Dictionary (8th ed. 2004) pg 1040.

**CUSIP-Number;**
CUSIP stands for **Committee on Uniform Securities Identification Procedures**. A
CUSIP number identifies most securities, including: stocks of all registered U.S. and
Canadian companies, and U.S. government and municipal bonds. The CUSIP system—
owned by the American Bankers Association and operated by Standard & Poor's—
facilitates the clearing and settlement process of securities. Source S.E.C.

**Debt Money;**
Debt Money is fiat money created by Banks, backed by the full faith of the government
predicated on taxpayers paying their taxes.
"Debt" is not money as envisioned within the Constitution for the United States of
America. Instead, it's a charge against future money. But even though it's a charge
against future money, it can still be spent as if it was today's money - except that it must
be repaid with interest. And therefore debt must have some sort of a balanced
relationship to the total size of the economy - albeit the future economy - for it not to be
destabilizing.

**Deposit-Account;**
deposit account. See ACCOUNT; deposit account. A demand, time, savings, passbook,
or similar account maintained with a bank, savings-and-loan association, credit union,
or like organization, other than investment property or an account evidenced by an
instrument. UCC § 9-102(a)(29). — Abbr. D.A. [Cases: Banks and Banking 151;
Building and Loan Asso-ciations 40. C.J.S. Banks and Banking §§ 266–268, 277–278;
Building and Loan Associations, Savings and Loan Associations, and Credit Unions §§
66, 68, 71–79.] Black's Law Dictionary (8th ed. 2004) pg 52.

**Double-Dipping;**
double-dipping, n. An act of seeking or accepting essentially the same benefit twice,
either from the same source or from two different sources…
Black's Law Dictionary (8th ed. 2004) pg 1488

**Draft**
draft,n.1. An unconditional written order signed by one person (the drawer) directing another person (the drawee or payor) to pay a certain sum of money on demand or at a definite time to a third person (the payee) or to bearer. • A check is the most common example of a draft. — Also termed bill of exchange; letter of exchange. Cf. NOTE(1). [Cases: Banks and Banking 137, 189; Bills and Notes 1–27. C.J.S. Banks and Banking §§ 328, 330, 452–458; Bills and Notes; Letters of Credit §§ 2–6, 8–10, 12–22, 203–204, 250.] Black's Law Dictionary (8th ed. 2004) pg 1496.

**Electronic-Spread-Sheet;**
Electronic means relating to technology having electrical, digital, magnetic, wireless, optical, electromagnetic, or similar capabilities.
A spreadsheet is a computer application that simulates a paper, accounting worksheet. It displays multiple cells usually in a two-dimensional matrix or grid consisting of rows and columns. Each cell contains alphanumeric text, numeric values or formulas.
A formula defines how the content of that cell is to be calculated from the contents of any other cell (or combination of cells) each time any cell is updated. Spreadsheets are frequently used for financial information because of their ability to re-calculate the entire sheet automatically after a change to a single cell is made. A pseudo third dimension to the matrix is sometimes applied as another layer, or layers/sheets, of two-dimensional data. WikipediA

**Entity Assumption**
entity assumption. The presumption that a business is a unit separate from its owners and from other firms. [Cases: Corporations 1.3. C.J.S. Corporations § 8.] Black's 8th

**Externality;**
An externality is an effect of a purchase or use decision by one set of parties on others who did not have a choice and whose interests were not taken into account.

Classic example of a negative externality: pollution, generated by some productive enterprise, and affecting others who had no choice and was probably not taken into account.

externality. (usu. pl.) A social or monetary consequence or side effect of one's economic activity, causing another to benefit without paying or to suffer without compensation. — Also
termed spillover; neighborhood effect. negative externality. An externality that is detrimental to another, such as water pollution created by a nearby factory.

positive externality. An externality that benefits another, such as the advantage received by a neighborhood when a homeowner attractively landscapes the property.

<div align="center">Black's Law Dictionary (8th ed. 2004), page 1757.</div>

**Federal-Reserve-Note;**
The paper currency in circulation in the United States. • The notes are issued by the Federal Reserve Banks, are effectively non-interest-bearing promissory notes payable to bearer on demand, and are issued in denominations of $1, $2, $5, $10, $20, $50, $100, $500, $1,000, $5,000, and $10,000. Black's Law Dictionary (8th ed. 2004) pg 1828.

**Fictitious-Entity;**
fictitious, adj. Of or relating to a fiction, esp. a legal fiction, Black's Law Dictionary (8th ed. 2004) pg 1860; entity, An organization (such as a business or a governmental unit) that has a legal identity apart from its members.
Black's Law Dictionary (8th ed. 2004) pg 1616.

**Foreign Unincorporated-Association;**
Unincorporated association is a group of persons such as a club or partnership which is not legally incorporated. Usually, there are no official formalities to form an unincorporated association. However, some jurisdictions may require a minimum number of persons to form such an association. Such associations may generally be formed for a common purpose. Formed from without the borders of this state.

**Forward-Contract;**
The term ''forward contract'' means—
An informal agreement traded through a broker-dealer network to buy and sell specified assets, typically currency, at a specified price at a certain future date. See Wikipedia.

**Fraud-Upon-the-Court;**
"In equity law the term fraud has a wider sense, and includes all acts, omissions, or concealments by which one person obtains an advantage against conscience over another, or which equity or public policy forbids as being to another's prejudice; as acts in violation of trust and confidence. This is often called constructive, legal, or equitable fraud, or fraud in equity." Encyclopedia of Criminology 175 (Vernon C. Branham & Samuel B. Kutash eds., 1949), s.v. "Fraud."
Black's Law Dictionary (8th ed. 2004) pg 1950.

**General-Deposit;**
A bank deposit that is to the depositor's credit, thus giving the depositor a right to the money and creating a debtor–creditor relationship between the bank and the depositor. A bank is not required to return the actual money deposited as a general deposit, as it must with a special deposit; the bank need return only an equivalent sum. [Cases: Banks and Banking 75–80, 119. C.J.S.Banks and Banking §§ 161, 172, 175–196, 246, 248, 269–271, 274, 276, 279, 284.] Black's Law Dictionary (8th ed. 2004) pg 1326.


**Hard-Money-Loan;**
hard money. 1. Coined money, in contrast to paper currency. 2. Cash. lawful money. Money that is legal tender for the payment of debts. Black's 8th pg 3184.


**Hear-Say;**
hearsay rule.The rule that no assertion offered as testimony can be received unless it is or has been open to test by cross-examination or an opportunity for cross-examination, except as provided otherwise by the rules of evidence, by court rules, or by statute. • The chief reasons for the rule are that out-of-court statements amounting to hearsay are not made under oath and are not subject to cross-examination. Fed. R. Evid. 802. Rule 803 provides 23 explicit exceptions to the hearsay rule, regardless of whether the out-of-court declarant is available to testify, and Rule 804 provides five more exceptions for situations in which the declarant is unavailable to testify. [Cases: Criminal Law 419; Evidence 314–324. C.J.S. Criminal Law § 856; Evidence §§ 227–228, 234, 259–266, 268–284, 319, 505–506.] Black's Law Dictionary (8th ed. 2004) pg 2112.

**Holder-in-Due-Course;**
holder in due course. A person who in good faith has given value for a negotiable instrument that is complete and regular on its face, is not overdue, and, to the possessor's knowledge, has not been dishonored. • Under UCC § 3-302, a holder in due course takes the instrument free of all claims and personal defenses, but subject to real defenses. — Abbr. HDC; HIDC. — Also termed
due-course holder. [Cases: Bills and Notes 327–384. C.J.S. Bills and Notes; Letters of Credit§§ 4, 24, 28, 30, 33, 65, 142–147, 149–153, 157, 159, 169–201.]

**Investment-Contract;**
investment contract. 1. A contract in which money is invested in a common enterprise with profits to come solely from the efforts of others; an agreement or transaction in which a party invests money in expectation of profits derived from the efforts of a promoter or other third party.

2. A transaction in which an investor furnishes initial value or risk capital to an enterprise, a portion of that amount being subjected to the risks of the enterprise. • In such an arrangement, the investor typically does not receive the right to exercise control over the managerial decisions of the enterprise. [Cases: Securities Regulation 5.10, 252. C.J.S. Securities Regulation §§ 3, 9–10, 33, 381–382, 384–386, 392.]

"[A]n investment contract for purposes of the Securities Act means a contract, transaction or scheme whereby a person invests his money in a common enterprise and is led to expect profits solely from the efforts of the promoter or a third party.... It embodies a flexible rather than a static principle, one that is capable of adaptation to meet the countless and variable schemes devised by those who seek the use of the money of others on the promise of profits." SEC v. Howey Co., 328 U.S. 293, 298–99, 66 S.Ct. 1100, 1103 (1946). Black's Law Dictionary (8th ed. 2004) pg 2422.

An investment contract thus came to mean a contract or scheme for "the placing of capital or laying out of money in a way intended to secure income or profit from its employment." *State v. Gopher Tire & Rubber Co.,* 146 Minn. 52, 56, 177 N.W. 937, 938. This definition was uniformly applied by state courts to a variety of situations where individuals were led to invest money in a common enterprise with the expectation that they would earn a profit solely through the efforts of the promoter or of some one other than themselves.

**Legal Tender;**
legal tender.The money (bills and coins) approved in a country for the payment of debts, the purchase of goods, and other exchanges for value. See TENDER (5). [Cases: United States 34. C.J.S. United States §§ 162–163.]
Black's Law Dictionary (8th ed. 2004) starting @ pg 2626
**Lender;**
lender. A person or entity from which something (esp. money) is borrowed.
Black's Law Dictionary (8th ed. 2004) pg 2875.

**lex Anastasiana;**
lex Anastasiana §369 A law providing that a person purchasing a debt from the original creditor for less than its nominal value was not entitled to recover from the debtor more than the amount paid with lawful interest.
Black's Law Dictionary (8th ed. 2004) pg 2893.

**Loan;**
loan,n.1. An act of lending; a grant of something for temporary use <Turner gave the laptop as a loan, not a gift>. [Cases: Contracts 194.] 2. A thing lent for the borrower's temporary use; esp., a sum of money lent at interest.       Black's 8th page 2974.

**Medium Of Exchange;**
Anything that is generally accepted as a standard of value (like a NOTE) and a measure of wealth in a particular country or region.


**Money;**
money. 1. The medium of exchange authorized or adopted by a government as part of its currency; esp. domestic currency <coins and currency are money>.
UCC § 1- 201(b)(24).
2. Assets that can be easily converted to cash <demand deposits are money>.
3. Capital that is invested or traded as a commodity < the money market>.
4. (pl.) Funds; sums of money <investment moneys>.
— Also spelled (in sense 4) monies. See MEDIUM OF EXCHANGE; LEGAL TENDER.


**Mortgage Loan;**
mortgage (mor-gij), n. 1. A conveyance of title to property that is given as security for the payment of a debt or the performance of a duty and that will become void upon payment or performance according to the stipulated terms. — Also termed (archaically) dead pledge. [Cases: Mortgages 1. C.J.S. Mortgages §§ 2–6.] 2. A lien against property that is granted to secure an obligation (such as a debt) and that is extinguished upon payment or performance according to stipulated terms. [Cases: Mortgages 145.C.J.S. Mortgages §§ 198, 200.] 3. An instrument (such as a deed or contract) specifying the terms of such a transaction. 4. Loosely, the loan on which such a transaction is based. 5. The mortgagee's rights conferred by such a transaction. 6. Loosely, any real-property security transaction, including a deed of trust. — Abbr. M. — mortgage,vb.
Black's Law Dictionary (8th ed. 2004) pg 3198.


**Money-of-Account;**
a denominator of value or basis of exchange which is used in keeping accounts and for which there may or may not be an equivalent coin or denomination of paper money. Webster's on-line Dictionary; see also Affidavit of Walker Todd "Exhibit C" hereto attached.


**Money-of-Exchange;**
See Money; see also Affidavit of Walker Todd "Exhibit C" hereto attached.

**Negotiable**
negotiable,adj.1. (Of a written instrument) capable of being transferred by delivery or indorsement when the transferee takes the instrument for value, in good faith, and without notice of conflicting title claims or defenses. [Cases: Bills and Notes 144. C.J.S. Bills and Notes; Letters of Credit§§ 127, 129–130, 143.] 2. (Of a deal, agreement, etc.) capable of being accomplished. 3. (Of a price or deal) subject to further bargaining and possible change. Cf. NONNEGOTIABLE; ASSIGNABLE.
Black's Law Dictionary (8th ed. 2004) pg 3288.


**Negotiable Instrument**
negotiable instrument.A written instrument that (1) is signed by the maker or drawer, (2) includes an unconditional promise or order to pay a specified sum of money, (3) is payable on demand or at a definite time, and (4) is payable to order or to bearer. UCC § 3-104(a). — Also termed negotiable paper; negotiable note. • Among the various types of negotiable instruments are bills of exchange, promissory notes, bank checks, certificates of deposit, and other negotiable securities. [Cases: Bills and Notes 5, 144–175. C.J.S. Bills and Notes; Letters of Credit §§ 3–4, 9, 127–138, 143, 148, 155, 159.] Black's Law Dictionary (8th ed. 2004) pg 3289.


"What are called 'negotiable instruments,' or 'paper to bearer,' such as bills of exchange, or promissory notes, do really pass from hand to hand, either by delivery or indorsement, giving to each successive recipient a right against the debtor, to which no notice to the debtor is essential, and which, if the paper is held bona fide and for value, is unaffected by flaws in the title of intermediate assignors." Thomas E. Holland, The Elements of Jurisprudence 315–16 (13th ed. 1924).

"One must first understand that a negotiable instrument is a peculiar animal and that many animals calling for the payment of money and others loosely called 'commercial paper' are not negotiable instruments and not subject to the rules of Article 3." 2 James J. White & Robert S. Summers, Uniform Commercial Code § 16-1, at 70 (4th ed. 1995).

**Nominal-Lender;**
Nominal adj.1. Existing in name only. <the king was a nominal figurehead as he had no power>
3. Of or relating to a name or term <a nominal definition>. — nominally, adv.
Black's Law Dictionary (8th ed. 2004) pg 3321.

**Nominee;**
A person designated to act in place of another, usu. in a very limited way. 3. A party who holds bare legal title for the benefit of others or who receives and distributes funds for the benefit of others.
A person designated to act in place of another, usu. in a very limited way.
Black's Law Dictionary (8th ed. 2004) pg 3325.

Nominee defined; e.g. stock held by brokerage firm in street name to facilitate transactions even though customer is actual owner of securities. Blacks 6th

<u>LaSalle Bank Nat. Ass'n v. Lamy</u>, **2006 WL 2251721, at \*2 (N.Y. Sup. 2006)**     *"A nominee of the owner of a note and mortgage may not effectively assign the note and mortgage to another for want of an ownership interest in said note and mortgage by the nominee."* [unpublished opinion].

In re **Wilhelm, 407 B.R. 392 (Bankr. D. Idaho 2009)** *"…standard mortgage note language does not expressly or implicitly authorize MERS® to transfer the note"*; In re **Vargas, 396 B.R. 511, 517 (Bankr. C.D. Cal. 2008)** *"[I]f FHM has transferred the note, MERS® is no longer an authorized agent of the holder unless it has a separate agency contract with the new undisclosed principal. MERS® presents no evidence as to who owns the note, or of any authorization to act on behalf of the present owner."*; <u>Saxon Mortgage Services, Inc. v. Hillery</u>, **2008 WL 5170180 (N.D. Cal. 2008)** [unpublished opinion] *"[F]or there to be a valid assignment, there must be more than just assignment of the deed alone; the note must also be assigned. . . . MERS® purportedly assigned both the deed of trust and the promissory note. . . . However, there is no evidence of record that establishes that MERS® either held the promissory note or was given the authority . . . to assign the note."*

**Nonnegotiable**
nonnegotiable,adj.1. (Of an agreement or term) not subject to change <the kidnapper's demands were nonnegotiable>.2. (Of an instrument or note) incapable of transferring by indorsement or delivery. Cf. NEGOTIABLE INSTRUMENT . [Cases: Bills and Notes 144. C.J.S. Bills and Notes; Letters of Credit §§ 127, 129–130, 143.]
Black's Law Dictionary (8th ed. 2004) pg 3345.

**Mortgage-NOTE;**
Promissory NOTE and Mortgage instrument.

**Off Balance Sheet Entry;**
off balance sheet entry means after they sell the NOTE, instead of showing it on their balance sheet, they move over to some other entities balance sheet. It is no longer on the banks books. This is called off balance sheet bookkeeping. They are not showing the liability side of the ledger or the accounts payable because it has been moved over to someone else's balance sheet.

**Ongoing-Criminal-Enterprise;**
Having the character of a crime; in the nature of a crime;
enterprise,n.1. An organization or venture, esp. for business purposes. Black's 8th
The FBI defines organized crime as any group having some manner of a formalized structure and whose primary objective is to obtain money through illegal activities. Such groups maintain their position through the use of actual or threatened violence, corrupt public officials, graft, or extortion, and generally have a significant impact on the people in their locales, region, or the country as a whole.

**Owner-ship;**
ownership. The bundle of rights allowing one to use, manage, and enjoy property, including the right to convey it to others. • Ownership implies the right to possess a thing, regardless of any actual or constructive control.
Black's Law Dictionary (8th ed. 2004) pg 3503.

**Pay to the Order of;**

A negotiable instrument is a document guaranteeing the payment of a specific amount of money, either on demand, or at a set time. According to the Section 13 of the Negotiable Instruments Act, 1881 in India, a negotiable instrument means a promissory note, bill of exchange or cheque payable either to order or to bearer. So, there are just three types of negotiable instruments such as **promissory note**, bill of exchange and cheque. Cheque also includes Demand Draft [Section 85A].

More specifically, it is a document contemplated by a contract, which (1) warrants the payment of money, the promise of or order for conveyance of which is unconditional; (2) specifies or describes the payee, who is designated on and memorialized by the instrument; and (3) is capable of change through transfer by valid negotiation of the instrument.

As payment of money is promised subsequently, the instrument itself can be used by the holder in due course as a store of value; although, instruments can be transferred for amounts in contractual exchange that are less than the instrument's face value (known as "discounting"). Under United States law, Article 3 of the Uniform Commercial Code as enacted in the applicable State law governs the use of negotiable instruments, except banknotes ("Federal Reserve Notes", aka "paper dollars").

Commercial Paper / Notes and Drafts; Commercial Paper calls for a party to pay money rather than deliver goods or perform a service.

Note; Two party instrument. Maker: person who will pay. Payee: person to whom note is payable.

**Phantom-Entity;**
Something apparently seen, heard, or sensed, but having no physical reality; a ghost or an apparition; Fictitious; nonexistent.

**Possessory-Interest;**
possessory interest. 1. The present right to control property, including the right to exclude others, by a person who is not necessarily the owner. [Cases: Property 10. C.J.S. Property §§ 27–31, 33.] 2. A present or future right to the exclusive use and possession of property.
"We shall use the term 'possessory interest' to include both present and future interests, and To exclude such interests as easements and profits. The reader should note that the Restatement of Property uses the term 'possessory' to refer only to interests that entitle the owner to present possession. See Restatement, Property § 7, 9, 153 (1936)." Thomas F. Bergin & Paul G. Haskell, Preface to Estates in Land and Future Interests 19–20 n.1 (2d ed. 1984). Black's Law Dictionary (8th ed. 2004) page 3696.

**Post-Closing;**
post closing: after the transaction [closing] is executed.  Post-closing literally means after closing.


**Power-of-Attorney;**
power of attorney. 1. An instrument granting someone authority to act as agent or attorney-in-fact for the grantor. 2. A power of attorney that authorizes an agent to transact business for the principal. Cf. special power of attorney.
[Cases: Principal and Agent 97. C.J.S. Agency §§ 150–152.]
Black's Law Dictionary (8th ed. 2004) pg 3713.


**Purchase-Money-Mortgage;**
A mortgage that a buyer gives the seller, when the property is conveyed, to secure the unpaid balance of the purchase price. — Abbr. PMM. See SECURITY AGREEMENT.
[Cases: Mortgages 1, 115. C.J.S. Mortgages §§ 2–6, 151.]
Black's Law Dictionary (8th ed. 2004) pg 3201.


A purchase-money mortgage is a note secured by a mortgage or deed of trust given by a buyer, as borrower, to a seller, as lender, as part of the purchase price of the real estate. It is a method of financing a home in which buyer borrows from the seller instead of, or in addition to, a bank. It is sometimes used when a buyer cannot qualify for a bank loan for the full amount. It may also be referred to as seller financing or owner financing.

There are generally two types of purchase money mortgages: (1) a mortgage given by the buyer of property to the seller to secure the balance of the purchase price ("seller take-back" loans) and secured by the property being sold (i.e., not by some other property); or, (2) A "third party" purchase money mortgage, given by lender to secure a loan which was used to pay all or part of the purchase price on the dwelling occupied totally, or in part, by purchaser. A purchase money mortgage involves the owner's/borrowers' risk of losing the property and the foreclosure's impact on the owner's credit.

**Real-Party-In-Interest;**
real party in interest. A person entitled under the substantive law to enforce the right sued upon and who generally, but not necessarily, benefits from the action's final outcome. — Also termed party in interest; (archaically) interessee. Cf. nominal party. [Cases: Federal Civil Procedure 131; Parties 6(2). C.J.S. Parties §§ 23–24.] Black's 8th

REAL-PARTY-IN-INTEREST RULE
real-party-in-interest rule.The principle that the person entitled by law to enforce a substantive right should be the one under whose name the action is prosecuted. Fed. R. Civ. P. 17(a).

**Screen-Shot;**
Still image representing the projection viewed emanating from a computer's monitor.

**Security;**

The term 'security' means any NOTE, stock, treasury stock, bond, debenture, evidence of indebtedness, certificate of interest or participation in any profit-sharing agreement, collateral trust certificate, pre-organization certificate or subscription, transferable share, investment contract, voting trust certificate, certificate of deposit for a security, fractional undivided interest in oil, gas, or other mineral rights, or, in general, any interest or instrument commonly known as a 'security,' or any certificate of interest or participation in, temporary or interim certificate for, receipt for, guarantee of, or warrant or right to subscribe to or purchase, any of the foregoing.

FDIC Law, Regulations, Related Acts, 8000 - Miscellaneous Statutes and Regulations, SECURITIES ACT OF 1933; **AN ACT;** To provide full and fair disclosure of the character of securities sold in interstate and foreign commerce and through the mails, and to prevent frauds in the sale thereof, and for other purposes.

SEC. 2. (a) DEFINITIONS.--When used in this title, unless the context otherwise requires--

(1) The term "security" means any note…

A security is generally a fungible, negotiable financial instrument representing financial value. Securities are broadly categorized into debt securities (such as banknotes, bonds and debentures) and equity securities, e.g., common stocks; and derivative contracts, such as forwards, futures, options and swaps. The company or other entity issuing the security is called the issuer. A country's regulatory structure determines what qualifies as a security. For example, private investment pools may

have some features of securities, but they may not be registered or regulated as such if they meet various restrictions.

Securities may be represented by a certificate or, more typically, "non-certificated", that is in electronic or "book entry" only form. Certificates may be *bearer*, meaning they entitle the holder to rights under the security merely by holding the security, or *registered*, meaning they entitle the holder to rights only if he or she appears on a security register maintained by the issuer or an intermediary. They include shares of corporate stock or mutual funds, bonds issued by corporations or governmental agencies, stock options or other options, limited partnership units, and various other formal investment instruments that are negotiable and fungible.

**Stellionate;** Those, e.g., who grant double conveyances of the same subject, are guilty of this crime ... and are punishable arbitrarily in their persons and goods, besides becoming infamous."

**Special Deposit;**
special deposit. A bank deposit that is made for a specific purpose, that is kept separately, and that is to be returned to the depositor. • The bank serves as a bailee or trustee for a special deposit.
— Also termed specific deposit. [Cases: Banks and Banking 153. C.J.S. Banks and Banking §§ 283–287, 290.] Black's Law Dictionary (8th ed. 2004) pg 1326.

**Special-Indorsement;**
U.C.C. § 3-205
(a) If an indorsement is made by the holder of an instrument, whether payable to an identified person or payable to bearer, and the indorsement identifies a person to whom it makes the instrument payable, it is a **"special indorsement**." When specially indorsed, an instrument becomes payable to the identified person and may be negotiated only by the indorsement of that person. The principles stated in Section 3-110 apply to special indorsements. Black's Law Dictionary (8th ed. 2004) pg 2266.

**Special-Purpose-Vehicle;**
Special Purpose Vehicles, Credit Default Swaps, Interest Rate Swaps, and Collateralized Debt Obligations.

**Strawman**;
straw man.
1. A fictitious person, esp. one that is weak or flawed. 2. A tenuous and exaggerated counterargument that an advocate puts forward for the sole purpose of disproving it. — Also termed straw-man argument. 3. A third party used in some transactions as a temporary transferee to allow the principal parties to accomplish something that is otherwise impermissible. Black's Law Dictionary (8th ed. 2004) pg 4456.
also
A person to whom title to property or a business interest is transferred for the sole purpose of concealing the true owner and/or the business machinations of the parties. Thus, the straw man has no real interest or participation but is merely a passive stand-in for a real participant who secretly controls activities.

**Street Name**;
street name.A brokerage firm's name in which securities owned by another are registered. • A security is held by a broker in street name (at the customer's request) to simplify trading because no signature on the stock certificate is required. A street name may also be used for securities purchased on margin. The word "street" in this term is a reference to Wall Street. Black's Law Dictionary (8th ed. 2004) pg 4458.

**Superior-Knowledge**; See KNOWLEDGE
superior knowledge.Knowledge greater than that had by another person, esp. so as to adversely affect that person <in its fraud claim, the subcontractor alleged that the general contractor had superior knowledge of the equipment shortage>. [Cases: Fraud 17; Negligence 1088, 1286(2). C.J.S. Negligence §§ 484–486, 500, 539, 545, 557–559, 563, 634.] Black's Law Dictionary (8th ed. 2004) starting @ pg 2547.

An awareness or understanding of a fact or circumstance; a state of mind in which a person has no substantial doubt about the existence of a fact.

It is necessary ... to distinguish between producing a result intentionally and producing it knowingly. Intention and knowledge commonly go together, for he who intends a result usually knows that it will follow, and he who knows the consequences of his act usually intends them.

"The third issue in section 523(a)(3) is the meaning of 'notice or actual knowledge.' Under the Uniform Commercial Code knowledge means actually knowing something; notice means having received information from which one could infer the existence of the relevant fact. What the adjective 'actual' adds to the idea of 'knowledge' is unclear." David G. Epstein *et al.*, Bankruptcy § 7-27, at 516 (1993).

constructive knowledge.Knowledge that one using reasonable care or diligence should have, and therefore that is attributed by law to a given person <the court held that the partners had constructive knowledge of the partnership agreement even though none of them had read it>.

imputed knowledge.Knowledge attributed to a given person, esp. because of the person's legal responsibility for another's conduct <the principal's imputed knowledge of its agent's dealings>.

reckless knowledge. A person's awareness that a prohibited circumstance may exist, regardless of which the person accepts the risk and goes on to act.


**Successor-in-Interest**; successor in interest. One who follows another in ownership or control of property. • A successor in interest retains the same rights as the original owner, with no change in substance.

**Synthetic-NOTE**;
See Mortgage-NOTE *supra*, however found only in electronic digital format, a scanned copy viewed from a computer screen having access to said digital data-base. Not an original, hard-copy, nor a tangible copy.


**Third-Party-Beneficiary**;
third-party beneficiary. A person who, though not a party to a contract, stands to benefit from the contract's performance. • For example, if Ann and Bob agree to a contract under which Bob will render some performance to Chris, then Chris is a third-party beneficiary. [Cases: Contracts 187(1). C.J.S. Contracts § 602.]


**Third-Party-Debt-Collector**;
third party debt collector; The FDCPA broadly defines a debt collector as "any person who uses any instrumentality of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another." While the FDCPA generally only applies to third party debt collectors--not internal collectors for an "original creditor".

**Tranche;**
tranche (transh), n.[French "slice"] Securities. 1. A bond issue derived from a pooling of similar debt obligations. • A tranche usu. differs from other issues by maturity date or rate of return. 2. A block of bonds designated for sale in a foreign country. — Also spelled tranch; trench. See COLLATERALIZED MORTGAGE OBLIGATION. Black's Law Dictionary (8th ed. 2004) pg 4667.


**Transaction-Account;**
A bank account from which payments can be made to a third party. Perhaps the most common type of transaction account is a checking account where one can write a check or use a debit card to deduct an amount from the account and give it to a third party without having to go personally to the bank to make a withdrawal.


**Trover;**
trover. A common-law action for the recovery of damages for the conversion of personal property, the damages generally being measured by the value of the property. — Also termed trover and conversion. Cf. DETINUE; REPLEVIN. [Cases: Trover and Conversion 1, 43. C.J.S. Trover and Conversion §§ 1–3, 5–7, 120–121.]

"Trover may be maintained for all kinds of personal property, including legal documents, but not where articles are severed from land by an adverse possessor, at least until recovery of possession of the land. It lies for the misappropriation of specific money, but not for breach of an obligation to pay where there is no duty to return specific money." Benjamin J. Shipman, Handbook of Common-Law Pleading§ 43, at 99 (Henry Winthrop Ballantine ed., 3d ed. 1923). Black's 8th page 4697.


**True-Investor;**
investor. 1. A buyer of a security or other property who seeks to profit from it without exhausting the principal.
2. Broadly, a person who spends money with an expectation of earning a profit. Black's Law Dictionary (8th ed. 2004) pg 2424.

**Trustee;**
One who, having legal title to property, holds it in trust for the benefit of another and owes a fiduciary duty to that beneficiary. Black's 8th
Black's Law Dictionary (8th ed. 2004) pg 4713.

**Unclean Hands;**
clean-hands doctrine. The principle that a party cannot seek equitable relief or assert an
equitable defense if that party has violated an equitable principle, such as good faith. •
Such a party is described as having "unclean hands." For example, § 8 of the Uniform
Child Custody Jurisdiction Act contains an unclean-hands provision that forbids a court
from exercising jurisdiction in a child-custody suit in certain situations, as when one
party has wrongfully removed a child from another state, has improperly retained
custody of a child after visitation, or has wrongfully removed a child from the person
with custody. The clean-hands doctrine evolved from the discretionary nature of
equitable relief in English courts of equity, such as Chancery. — Also termed unclean-
hands doctrine. [Cases: Equity 65.C.J.S. Equity § 102.]
Black's Law Dictionary (8th ed. 2004) pg 757.


**Unincorporated-Association;**
Unincorporated association is a group of persons such as a club or partnership which is
not legally incorporated. Usually, there are no official formalities to form an
unincorporated association. However, some jurisdictions may require a minimum
number of persons to form such an association. Such associations may generally be
formed for a common purpose.

**Up-Front;**
Payment for said investment is made prior to the REMIC acquiring the first Mortgage
Loan. The Trust / REMIC acquired the Trust-Certificates to be sold to investors before
the Tranches actually held a Mortgage Loan.

**Uttering;**
uttering. The crime of presenting a false or worthless instrument with the intent to harm
or defraud.

**Verify;**
verify,vb.1. To prove to be true; to confirm or establish the truth or truthfulness of; to
authenticate. 2. To confirm or substantiate by oath or affidavit; to swear to the truth of.
Black's Law Dictionary (8th ed. 2004) pg 4834

**Warehouse-Lender;**
A <u>line of credit</u> extended by a financial institution to a loan originator
to fund a mortgage that a borrower initially used to buy a property. The loan typically
lasts from the time it is originated to when the loan is sold into the secondary market,
whether directly or through a securitization.

**Wet-Mortgage-Loan**;
Means, before the NOTE or Mortgage is executed or received or reviewed by the Lender, (i.e., when the ink on the Mortgage and Note is still "wet").

Mortgage Loans for which the Custodian has not yet received a (completed) set of documents required to be delivered to the Custodian pursuant to the Agreement.

**Wet-Promissory-NOTE**;
Financing is provided to a LEHMAN BROTHERS BANK FSB, in order to lend that money to Petitioner before the NOTE has been received and reviewed by the Lender, LEHMAN BROTHERS HOLDINGS INC, (i.e., when the ink on the Mortgage Note is still "wet").

**Without Recourse**;
without recourse.(In an indorsement) without liability to subsequent holders. • With this stipulation, one who indorses an instrument indicates that he or she has no further liability to any subsequent holder for payment. [Cases: Bills and Notes 293. C.J.S. Bills and Notes; Letters of Credit§ 160.]
Black's Law Dictionary (8th ed. 2004) starting @ pg 4945.

JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)  **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS

JOHN KORMAN

## DEFENDANTS

AURORA LOAN SERVICES LLC. et al.

**(b)** County of Residence of First Listed Plaintiff   **Palm Beach**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   **Arapahoe**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)**  Attorney's (Firm Name, Address, and Telephone Number)

N/A

Attorneys (If Known)

**(d)** Check County Where Action Arose:  ☐ MIAMI- DADE  ☐ MONROE  ☐ BROWARD  ☒ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☒ 3  Federal Question (U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

*12CV 80364 KAM/DLB*

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).

(See instructions second page):

a) Re-filed Case ☐ YES ☐ NO       b) Related Cases ☒ YES ☐ NO

JUDGE Meenu Sasser          DOCKET NUMBER 2009-CA-017057

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

U.S.C. 1331, Aurora Loan Services filed a bogus foreclosure Complaint against Plaintiff, pretending to be the Beneficiary, attempted Larceny.

LENGTH OF TRIAL via __5__ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $  1,000,000,000.00

CHECK YES only if demanded in complaint:

JURY DEMAND:  ☒ Yes  ☐ No

**ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE**

SIGNATURE OF ATTORNEY OF RECORD

DATE
April 5, 2012