AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 12-CV-80364-MARRA/BRANNON

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* AURORA BANK, FSB
was received by me on *(date)* 4/19/12

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* KAREN DAWSON (PROCESS AGENT), who is designated by law to accept service of process on behalf of *(name of organization)* AURORA BANK, FSB 1000 WEST STREET WILMINGTON, DE on *(date)* 4/19/12, or

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 4/19/12

Server's signature

KEVIN S. DUNN
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360 WILMINGTON, DE 19899
800-952-2288
*Server's address*

FILED by ___ D.C.
APR 25 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Additional information regarding attempted service, etc: