UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

CASE NO.12-80364-civ-MARRA/BRANNON

JOHN KORMAN,
Private Attorney General,

        Petitioner,

v.

AURORA LOAN SERVICES, LLC, etc., et. al.,

        Defendants.
_____/

### DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMITATION

    Defendants, AURORA BANK, FSB, AURORA LOAN SERVICES LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and MERSCORP HOLDINGS, INC., move this Court pursuant to Rule 7.1(c)(2) of the Local Rules of the United States District Court for the Southern District of Florida for leave to exceed the 20 page limitation set forth in that rule relating to motions and their incorporated memoranda of law, and state:

    1.    Plaintiff has filed a 233 page Complaint consisting of 1062 paragraphs and 35 counts.

    2.    In light of the voluminous nature of the pleading which in no way qualifies as a short and plain statement of the claim or allegations through simple, concise and direct allegations, Movants cannot reasonably address both the procedural and the substantive flaws of the subject Complaint under the strict page limitation.

3. Movants believe that they will need a minimum of 40 pages to fully address the deficiencies of the Complaint.

WHEREFORE, Defendants, AURORA BANK, FSB, AURORA LOAN SERVICES LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and MERSCORP HOLDINGS, INC., move this Court to permit Defendants to exceed the page limitations described above and allow Defendants to file a Motion to Dismiss and incorporated Memorandum of Law up to at least 40 pages and for such further relief as this Court deems just and proper.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

I HEREBY CERTIFY that counsel for the Movants has conferred with the Plaintiff who is the only party who may be affected by the relief sought in this motion on May 9, 2012, and has in good faith resolved the issues raised in the motion as Plaintiff had no objection to the request.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 9th, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served via U.S. mail this day on John Korman, 934 SW 21st Way, Boca Raton, FL 33486.

                BROAD AND CASSEL
                Attorneys for Defendants
                One North Clematis Street, Suite 500
                West Palm Beach, FL 33401
                Telephone: (561) 832-3300
                Facsimile: (561) 655-1109

                By: /s/Steven Ellison
                  STEVEN ELLISON
                  Florida Bar No. 510319