IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA WEST PALM BEACH DIVISION

CASE NO. 12-80364-CIV-MARRA/BRANNON

STATE OF FLORIDA, EX RELATIONE )
, JOHN KORMAN )
Relator, )
v. )
)
AURORA LOAN SERVICES LLC; )
OFFICE OF CEO, AND PRES OF AURORA; )
AURORA BANK FSB; )
MERSCORP HOLDINGS, INC; )
MORTGAGE ELECTRONIC )
REGISTRATION SYSTEMS INC; )
LEHMAN XS TRUST 2006-11; )
LASALLE BANK N.A. as TRUSTEE; )
U.S. BANCORP as successor TRUSTEE; )
ASSOCIATES LAND TITLE INC; )
THEODORE SCHULTZ, Individual; )
LAURA MCCANN, Individual; )
CYNTHIA WALLACE, Individual; )
JOANN REIN, Individual; )
LAW OFFICE OF DAVID J. STERN P.A.; )
DAVID JAMES STERN, Esquire; )
KAROL S. PIERCE, Esquire; )
CASSANDRA RACINE-RIGAUD, Esquire; )
MISTY BARNES, Esquire; )
DARLINE DIETZ, Notary; )
JOHN DOE 1 – 100; )
JANE DOE 1 – 100; )
)
Defendants. )
_____/

FILED by _____ D.C.
MAY 3 0 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

CIVIL RIGHTS 1983 VIOLATION
FORGERY
USURY
CIVIL CONSPIRACY
STELLIONATION
INTRINSIC FRAUD
ATTEMPTED LARCENY
FRAUDULENT CONVERSION
CONSTRUCTIVE FRAUD
VIOLATION OF FDCPA
VIOLATION OF TCPA
VIOLATION OF FCRA
VIOLATION OF FDUTPA
MAIL FRAUD
WIRE FRAUD
UTTERING
R.I.C.O.
FRAUDULENT INDUCEMENT
FALSE CLAIM
MORTGAGE FRAUD
PROFESSIONAL NEGIGENCE

DEMAND FOR JURY TRIAL
Fed.R.Civ.P. 38(b)

## MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Petitioner, JOHN KORMAN, pursuant to Federal Rules of Civil Procedures, Rule 15 and 19(a), respectfully request leave to file an Amended Complaint;

1. Petitioner 5th day of April 2012, filed this Action against AURORA LOAN SERVICES LLC, and others, alleged co-conspirators in Mortgage Fraud, causing a 1983 Violation, in part.

2. Petitioner on the 1st day of May 2012, filed a Motion to Drop Party Defendant, LEHMAN BROTHERS BANK FSB, LEHMAN BROTHERS HOLDING INC, LEHMAN BROTHERS INC, LEHMAN BROTHERS BANCORP INC, and STRUCTURED ASSET SECURITIES CORPORATION, parties under Bankruptcy protection;

3. The Court GRANTED this Motion 23rd Day of May, 2012.

4. Petitioner's Amended Complaint drops these aforementioned party Defendants from the style of this case.

5. Petitioner hereinafter joins an indispensible party, STATE OF FLORIDA, whereas in that person's absence, the Court cannot accord complete relief among existing parties, appearing *ex rel*.

6. AURORA LOAN SERVICES LLC et al., have affected many lives within the State of Florida, using the Judicial System to pillage.

7. State of Florida and its Inhabitants is the true injured party, JOHN KORMAN (hereinafter "Relator").

8.       Federal Rule of Civil Procedure 15 states that a party may amend a pleading once as a matter of course at any time before a responsive pleading is served.

9.       "[L]eave shall be freely given when justice so requires." In **Foman v. Davis, 371 U.S. 178 (1962).**

Respectfully submitted;

By: _____
JOHN KORMAN, Relator,
934 SW 21st Way,
Boca Raton 33486
Florida U.S.A.
(561) 393-0773
korman2001@comcast.net

## CERTIFICATE OF SERVICE

**THE UNDERSIGNED HEREBY CERTIFIES** that a true and correct copy of hereof has been forwarded, via first class U.S. Mail, to Steven Ellison, Esquire, with the firm of Broad and Cassel, One North Clematis Street, Suite 500, West Palm Beach Florida 33401, on this 30th day of May, 2012.

John Korman
934 SW 21st Way
Boca Raton, Florida 33486
(561) 393-0773
korman2001@comcast.net

By: _____
John Korman