UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

Case No. 12-80364-CIV-MARRA/BRANNON

JOHN KORMAN,

    Plaintiff

vs.

AURORA LOAN SERVICES, LLC, et al.,

    Defendants.
_____/

**DEFENDANT LAW OFFICES OF DAVID J. STERN, P.A.'S
CORPORATE DISCLOSURE STATEMENT**

Defendant Law Offices of David J. Stern, P.A., in accordance with Federal Rule of Civil Procedure 7.1, files its Corporate Disclosure Statement: (1) The Law Offices of David J. Stern, P.A., does not have a parent corporation; and (2) no publicly held corporation owns any of The Law Offices of David J. Stern, P.A.'s stock.

Dated: August 9, 2012

Respectfully submitted,

**TEW CARDENAS LLP**
*Counsel for Defendants*
*Law Offices of David J. Stern, P.A.,*
*David J. Stern and*
*Cassandra Racine-Rigaud*
1441 Brickell Avenue, 15th Floor
Miami, Florida  33131
Telephone: (305) 536-1112
Facsimile:  (305) 536-1116

By:     /s/ Spencer Tew
      JEFFREY A. TEW
      Florida Bar No. 121291
      jt@tewlaw.com
      SPENCER TEW
      Florida Bar No. 0537071
      st@tewlaw.com


## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2012, I filed electronically the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


By:     /s/ Spencer Tew
      Spencer Tew

2

TEW CARDENAS LLP
Four Seasons Tower, 15th Floor, 1441 Brickell Avenue, Miami, Florida 33131-3407  T.305-536-1112  F.305-536-1116  TEWLAW.COM

## SERVICE LIST

### CASE NO. 12-80634-CIV-MARRA/BRANNON

**John Korman**
934 SW 21st Way
Boca Raton, Florida 33486
Telephone:     (561) 393-0773
Email:  Korman2001@comcast.net

*Plaintiff*

**Steven Ellison, Esq.**
Broad & Cassel
1 North Clematis Street , Suite 500
West Palm Beach, FL 33401-5049
Telephone:     (561) 832-3300
Facsimile:     (561) 655-1109
Email: sellison@broadandcassel.com

*Attorneys for Defendants Aurora Loan Services, LLC,*
*Aurora Bank, FSB, Merscorp Holdings, Inc., and*
*Mortgage Electronic Registration Systems, Inc.*


**Harris Keith Solomon, Esq.**
Email:  harris.solomon@brinkleymorgan.com
**Stacy Michelle Schwartz, Esq**.
Email: stacy.schwartz@brinkleymorgan.com
Brinkley Morgan
200 E Las Olas Boulevard, Suite 1900
Fort Lauderdale, FL 33301
Telephone:     (954) 522-2200
Facsimile:     (954) 522-9123

*Attorneys for Defendant Misty Barnes*

3

TEW CARDENAS LLP
Four Seasons Tower, 15th Floor, 1441 Brickell Avenue, Miami, Florida 33131-3407  T.305-536-1112  F.305-536-1116  TEWLAW.COM