IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA WEST PALM BEACH DIVISION

CASE NO. 12-80364-CIV-MARRA/BRANNON

*AUG 20 2012 — STEVEN M. LARIMORE, CLERK U.S. DIST. CT. S.D. OF FLA. - W.P.B.*

| | |
|---|---|
| JOHN KORMAN, Private Attorney General, Petitioner, v. | |
| AURORA LOAN SERVICES LLC; OFFICE OF CEO, AND PRES OF AURORA; AURORA BANK FSB; MERSCORP HOLDINGS, INC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC; LEHMAN XS TRUST 2006-11; LASALLE BANK N.A. as TRUSTEE; U.S. BANCORP as successor TRUSTEE; ASSOCIATES LAND TITLE INC; THEODORE SCHULTZ, Individual; LAURA MCCANN, Individual; CYNTHIA WALLACE, Individual; JOANN REIN, Individual; LAW OFFICE OF DAVID J. STERN P.A.; DAVID JAMES STERN, Esquire; KAROL S. PIERCE, Esquire; CASSANDRA RACINE-RIGAUD, Esquire; MISTY BARNES, Esquire; DARLINE DIETZ, Notary; JOHN DOE 1 – 100; JANE DOE 1 – 100; Defendants. | CIVIL RIGHTS 1983 VIOLATION<br>FORGERY<br>USURY<br>CIVIL CONSPIRACY<br>STELLIONATION<br>INTRINSIC FRAUD<br>ATTEMPTED LARCENY<br>FRAUDULENT CONVERSION<br>CONSTRUCTIVE FRAUD<br>VIOLATION OF FDCPA<br>VIOLATION OF TCPA<br>VIOLATION OF FCRA<br>VIOLATION OF FDUTPA<br>MAIL FRAUD<br>WIRE FRAUD<br>UTTERING<br>R.I.C.O.<br>FRAUDULENT INDUCEMENT<br>FALSE CLAIM<br>MORTGAGE FRAUD<br>PROFESSIONAL NEGIGENCE<br><br>DEMAND FOR JURY TRIAL<br>Fed.R.Civ.P. 38(b) |

## PETITIONER'S MOTION FOR DEFAULT JUDGMENT

COMES NOW JOHN KORMAN, (hereinafter "Petitioner), move the Court to enter an Order of Default against Defendant Theodore Schultz, for failure to defend against the Complaint, served by Summons with the Complaint on the 19th day of April 2012; Response required by 10th day of May 2012. Defendant Theodore Schultz failed to respond. Default Judgment should therefore be entered against Defendant Theodore Schultz pursuant to Rule 55 of the Federal Rules of Civil Procedure, individually or severally.

Petitioner requests compensatory and punitive damages in this matter. As Plaintiff's damages are not for a sum certain or an amount that can be made certain by computation, Rule 55(b) of the Federal Rules of Civil Procedure requires Petitioner to make this application to the court for a Default Judgment. Default Judgment is appropriate here because Defendant Theodore Schultz who was properly served with the summons and complaint, failed to defend. Petitioner has established this fact by affidavit; see (DE 17). Finally, Defendant Theodore Schultz is not a minor or incompetent person.

As Petitioner's claim for compensatory and punitive damages is not for a sum certain, Petitioner hereby request an evidentiary hearing pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure to establish entitlement to damages. Petitioner's Complaint reserves the right to Trial by Jury.

## **CONCLUSION**

Petitioner respectfully requests that the Court grant Default Judgment in favor of Petitioner and set an Evidentiary Hearing to establish the amount of damages.

Respectfully submitted;

By: _____
JOHN KORMAN, Petitioner,
934 SW 21st Way,
Boca Raton 33486
Florida U.S.A.
(561) 393-0773
korman2001@comcast.net

## CERTIFICATE OF SERVICE

**THE UNDERSIGNED HEREBY CERTIFIES** that a true and correct copy of hereof has been forwarded, to the following parties via e-mail to the following recipients;

Spencer Tew / st@tewlaw.com

Steven Ellison / sellison@broadandcassel.com

Leon R. Margules / marguleslaw@yahoo.com

on this 20th day of August, 2012.

John Korman
934 SW 21st Way
Boca Raton, Florida 33486
(561) 393-0773
korman2001@comcast.net

By: _____
John Korman