UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80364-CIV-MARRA/BRANNON

JOHN KORMAN,

Plaintiff,

vs.

AURORA LOAN SERVICES, LLC et al.,

Defendants.
_____/

## ORDER TO SHOW CAUSE

This cause is before the Court <u>sua</u> <u>sponte</u>.

On August 6, 2012, Defendant Karol S. Pierce filed a motion to dismiss the complaint

(DE 59). To date, no response to the motion has been filed.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff shall show cause **within**

**fourteen (14) days of the entry of this Order** as to why this motion to dismiss (DE 59) should

not be granted.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County,

Florida, this 1st  day of October, 2012.

_____
KENNETH A. MARRA
United States District Judge