IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA WEST PALM BEACH DIVISION

CASE NO. 12-80364-CIV-MARRA/BRANNON

FILED by _____ D.C.
OCT 05 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

| | |
|---|---|
| JOHN KORMAN<br>Private Attorney General,<br>  Petitioner,<br>v.<br><br>AURORA LOAN SERVICES LLC;<br>OFFICE OF CEO, AND PRES OF AURORA;<br>AURORA BANK FSB;<br>MERSCORP HOLDINGS, INC;<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS INC;<br>LEHMAN XS TRUST 2006-11;<br>LASALLE BANK N.A. as TRUSTEE;<br>U.S. BANCORP as successor TRUSTEE;<br>ASSOCIATES LAND TITLE INC;<br>THEODORE SCHULTZ, Individual;<br>LAURA MCCANN, Individual;<br>CYNTHIA WALLACE, Individual;<br>JOANN REIN, Individual;<br>LAW OFFICE OF DAVID J. STERN P.A.;<br>DAVID JAMES STERN, Esquire;<br>KAROL S. PIERCE, Esquire;<br>CASSANDRA RACINE-RIGAUD, Esquire;<br>MISTY BARNES, Esquire;<br>DARLINE DIETZ, Notary;<br>JOHN DOE 1 – 100;<br>JANE DOE 1 – 100;<br>  Defendants. | CIVIL RIGHTS 1983 VIOLATION<br>FORGERY<br>USURY<br>CIVIL CONSPIRACY<br>STELLIONATION<br>INTRINSIC FRAUD<br>ATTEMPTED LARCENY<br>FRAUDULENT CONVERSION<br>CONSTRUCTIVE FRAUD<br>VIOLATION OF FDCPA<br>VIOLATION OF TCPA<br>VIOLATION OF FCRA<br>VIOLATION OF FDUTPA<br>MAIL FRAUD<br>WIRE FRAUD<br>UTTERING<br>R.I.C.O.<br>FRAUDULENT INDUCEMENT<br>FALSE CLAIM<br>MORTGAGE FRAUD<br>PROFESSIONAL NEGIGENCE<br><br>DEMAND FOR JURY<br>TRIAL<br>Fed.R.Civ.P. 38(b) |

## RESPONDENT'S RESPONSE TO ORDER TO SHOW CAUSE (DE 76)

JOHN KORMAN (hereinafter "Respondent") hereby provide this response to the Court's Order dated October 1st 2012 [DE 76] requiring Respondent to Show Cause why the Motion to Dismiss [DE 59], filed by KAROL S. PIERCE, Esquire should not be granted, and in support thereof, Respondent respectfully state as follows;

This case was filed April 5th 2012, an action against the Defendants for their participation in a wrongful foreclosure action, which named KAROL S. PIERCE, Esquire as one of the Defendants.

Defendants all filed a Motion to Dismiss, as did KAROL S. PIERCE, Esquire, which is pending.

KAROL S. PIERCE, Esquire originally filed a Motion to Dismiss [DE 40] on July 2nd 2012, as a *pro se* Defendant.

Respondent July 9th 2012 filed, in opposition to this Motion to Dismiss, a timely response [DE 50]; however,

Counsel Leon R. Margules on behalf of KAROL S. PIERCE, Esquire filed a Notice of Appearance [DE 51], subsequently also filed a second Motion to Dismiss the Verified Complaint [DE 59]. Counsel Leon R. Margules on behalf of KAROL S. PIERCE, Esquire did not file an Amended Motion, just filed a second Motion to Dismiss which Petitioner answered previously.

Respondent failed to oppose this aforementioned second Motion to Dismiss as Respondent already filed a pleading in OPPOSITION TO DEFENDANT KAROL S. PIERCE'S MOTION TO DISMISS [DE 50].

Respondent has now been made aware (presumptively) that failure to respond [DE 59] maybe a mistake of fact on the part of Respondent, and Respondent respectfully request the Court to excuse this mistake, if it is a mistake.

In the event the Court finds this mistake of fact is excusable, Respondent does hereby oppose the second Motion to Dismiss which was filed by Counsel for KAROL S. PIERCE, in support thereof Petitioner has subsequently filed a pleading titled, **IN OPPOSITION TO KAROL S. PIERCE'S MOTION TO DISMISS,** as a separate pleading.

Petitioner is of the belief that the pleading filed by Counsel Leon R. Margules on behalf of KAROL S. PIERCE, Esquire is improper, and should have been titled as an Amended Motion to Dismiss, which would have warranted a response, otherwise Petitioner did respond to KAROL S. PIERCE, Esquire's Motion to Dismiss, timely.

Petitioner is of the belief this situation is one of a mutual mistake, which should be excused; however,

Neither KAROL S. PIERCE, Esquire, nor Counsel Leon R. Margules on behalf of KAROL S. PIERCE, objected to the COUNTs wherein the "LAW OFFICE

OF DAVID J. STERN, P.A." is implicated, COUNT IV, and COUNT VII, wherein KAROL S. PIERCE, Esquire an authorized Agent occupied an Office therein, at all time relevant; also, KAROL S. PIERCE, Esquire is a named "DEFENDANT," found in COUNT VII, CIVIL CONSPIRACY TO COMMIT LARCENY.

In the event the Court finds for the Defendant, Petitioner respectfully requests Leave to Amend, to conform to the pleadings and objections.

Respectfully submitted;

By: _____
JOHN KORMAN, Respondent,
934 SW 21st Way,
Boca Raton 33486
Florida U.S.A.
(561) 393-0773
korman2001@comcast.net

## CERTIFICATE OF SERVICE

**THE UNDERSIGNED HEREBY CERTIFIES** that a true and correct copy of hereof has been forwarded, to the following parties via e-mail to the following recipients;

HARRIS K. SOLOMON

harris.solomon@brinkleymorgan.com

STACY M. SCHWARTZ

Stacy.schwartz@brinkleymorgan.com

Spencer Tew / st@tewlaw.com

Steven Ellison / sellison@broadandcassel.com

Leon R. Margules / marguleslaw@yahoo.com

on this 5th day of October, 2012.

John Korman
934 SW 21st Way
Boca Raton, Florida 33486
(561) 393-0773
korman2001@comcast.net

By: _____
John Korman