IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA WEST PALM BEACH DIVISION

CASE NO. 12-80364-CIV-MARRA/BRANNON

| | |
|---|---|
| JOHN KORMAN<br>Private Attorney General,<br>　　　　　　　　　　　Petitioner,<br>　　　v.<br><br>AURORA LOAN SERVICES LLC;<br>OFFICE OF CEO, AND PRES OF AURORA;<br>AURORA BANK FSB;<br>MERSCORP HOLDINGS, INC;<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS INC;<br>LEHMAN XS TRUST 2006-11;<br>LASALLE BANK N.A. as TRUSTEE;<br>U.S. BANCORP as successor TRUSTEE;<br>ASSOCIATES LAND TITLE INC;<br>THEODORE SCHULTZ, Individual;<br>LAURA MCCANN, Individual;<br>CYNTHIA WALLACE, Individual;<br>JOANN REIN, Individual;<br>LAW OFFICE OF DAVID J. STERN P.A.;<br>DAVID JAMES STERN, Esquire;<br>KAROL S. PIERCE, Esquire;<br>CASSANDRA RACINE-RIGAUD, Esquire;<br>MISTY BARNES, Esquire;<br>DARLINE DIETZ, Notary;<br>JOHN DOE 1 – 100;<br>JANE DOE 1 – 100;<br><br>　　　　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

FILED by _____ D.C.
NOV 26 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

**PLEASE TAKE NOTICE** that JOHN KORMAN Petitioner, or Plaintiff, pursuant to Federal Rule of Civil Procedure 41 (a)( 1), hereby voluntarily dismisses all claims in this action *without prejudice* as to Defendants, **AURORA LOAN SERVICES LLC, OFFICE OF CEO, AND PRES OF AURORA, AURORA BANK FSB, MERSCORP HOLDINGS, INC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC, LEHMAN XS TRUST 2006-11, LASALLE BANK N.A.** as **TRUSTEE, U.S. BANCORP** as successor **TRUSTEE, ASSOCIATES LAND TITLE INC, THEODORE SCHULTZ,** Individual, **LAURA MCCANN,** Individual, **CYNTHIA WALLACE,** Individual, **JOANN REIN,** Individual, **LAW OFFICE OF DAVID J. STERN P.A., DAVID JAMES STERN, Esquire, KAROL S. PIERCE, Esquire, CASSANDRA RACINE-RIGAUD, Esquire, MISTY BARNES, Esquire, DARLINE DIETZ,** Notary;

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part: (a) Voluntary Dismissal. (1) *By the Plaintiff* (A) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serve either an answer or a motion for summary judgment. Defendants have not answered, nor filed a motion for summary judgment.

Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Respectfully submitted;

By: _____
JOHN KORMAN

### CERTIFICATE OF SERVICE

**THE UNDERSIGNED HEREBY CERTIFIES** that a true and correct copy of PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1) hereof has been forwarded, to the following parties via e-mail;

harris.solomon@brinkleymorgan.com

Stacy.schwartz@brinkleymorgan.com

Spencer Tew / st@tewlaw.com

Steven Ellison / sellison@broadandcassel.com

Leon R. Margules / marguleslaw@yahoo.com

on this 26th day of November, 2012.

John Korman
934 SW 21st Way
Boca Raton, Florida 33486
(561) 393-0773
korman2001@comcast.net

By: _____
John Korman